United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Darryl Brodzinski  
    Debtor

Case No. 15-16670-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Apr 24, 2019  
                        Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.  
13701936        Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:
           ANDREW  SPIVACK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
           JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Abington and Abington School District
            jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
           JAY E. KIVITZ    on behalf of  Jean P Wilford jkivitz@kivitzandkivitz.com
           JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing LLC paeb@fedphe.com
           JOHN L. LASKEY    on behalf of Creditor    Whitesands Condominium Association of Margate City, Inc.
            jlaskey@stark-stark.com,   jgould@stark-stark.com
           JOHN L. MCCLAIN    on behalf of Plaintiff Darryl  Brodzinski aaamcclain@aol.com,
            edpabankcourt@aol.com
           JOHN L. MCCLAIN    on behalf of Debtor Darryl  Brodzinski aaamcclain@aol.com,
            edpabankcourt@aol.com
           JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
            bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
           MARIO J. HANYON    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
           MARIO J. HANYON    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
           MARIO J. HANYON    on behalf of Creditor    Ocwen Loan Servicing LLC paeb@fedphe.com
           MARTIN A. MOONEY    on behalf of Creditor    New Residential Mortgage Loan Trust 2015-1 servicing
            agent Specialized Loan Servicing LLC ahight@schillerknapp.com,
            ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
           PETER WILLIAM WAPNER    on behalf of Creditor    Ocwen Loan Servicing LLC
            peter.wapner@phelanhallinan.com
           THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
            tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
           THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ocwen Loan Servicing LLC paeb@fedphe.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                        TOTAL: 17

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-16670-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Darryl Brodzinski
59 Berrywood Lane
Dresher PA 19025

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/23/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 11: Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach, FL 33416-4605 | PHH MORTGAGE CORPORATION<br>BANKRUPTCY DEPARTMENT<br>1MORTGAGE WAY, MAIL STOP SV-22<br>MT. LAUREL, NJ 08054 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/26/19

Tim McGrath
**CLERK OF THE COURT**