# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Darryl Brodzinski** | : | Case No.: 15-16670 |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Eric L. Frank** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Specialized Loan Servicing, LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                    Respectfully submitted,

                                                    /s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-000930_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | |
| **Darryl Brodzinski** : | Case No.: 15-16670 |
| : | **Chapter 13** |
| **Debtor(s).** : | Judge Eric L. Frank |
| : | * * * * * * * * * * * * * * * * * * * * * * * |
| : | |
| : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

John L. McClain, Attorney for Darryl Brodzinski, John L. McClain and Associates, P.O. Box 123, Narberth, PA 19072-0123, aaamcclain@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on January  9 , 2020:

Darryl Brodzinski, 59 Berrywood Lane, Dresher, PA 19025

Darryl Brodzinski, 59 Berrywood Lane, Dresher, PA 19025-9025

DATE:  January 9, 2020 

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.

20-000930_PS

Contact email is kvelter@manleydeas.com

20-000930_PS