# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 15-16670** |
| **Darryl Brodzinski** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ |
| : | |
| **New Residential Mortgage Loan Trust** : | **Date and Time of Hearing** |
| **2015-1** : | **Place of Hearing** |
| **Movant,** : | **February 25, 2020 at 11:00 a.m.** |
| **vs** : | |
| : | **U.S. Bankruptcy Court** |
| **Darryl Brodzinski** : | **900 Market Street, Courtroom #1** |
| : | **Philadelphia, PA, 19107** |
| **William C. Miller** : | |
| **Respondents.** | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

New Residential Mortgage Loan Trust 2015-1 has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before February 12, 2020, you or your attorney must do **ALL** of the following:

   A. File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   U.S. Bankruptcy Court
   900 Market Street
   Philadelphia, PA, 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   B. Mail a copy to the Creditor's attorney and the below listed:

Frederic J. Baker
Office of the U.S. Trustee, Region 3

20-000930_FXF

200 Chestnut St., Suite 502
Philadelphia PA 19106

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on February 25, 2020 at 11:00 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:    January 28, 2020

20-000930_FXF

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 15-16670** |
| **Darryl Brodzinski** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | *** * * * * * * * * * * * * * * * * * ** |
| | : | |
| **New Residential Mortgage Loan Trust 2015-1** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **February 25, 2020 at 11:00 a.m.** |
| | : | |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Darryl Brodzinski** | : | **900 Market Street, Courtroom #1** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | : | |
| **Respondents.** | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from Automatic Stay was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105

John L. McClain, Attorney for Darryl Brodzinski, John L. McClain and Associates, P.O. Box 123, Narberth, PA 19072-0123, aaamcclain@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on January 28, 2020:

Darryl Brodzinski, 59 Berrywood Lane, Dresher, PA 19025

Darryl Brodzinski, 59 Berrywood Lane, Dresher, PA 19025-9025

Santander Bank Na, 865 Brook St, Rocky Hill, CT  06067

20-000930_FXF

Whitesands Condominium Association, 450 Titlton Rd, Ste 220, Northfield, NJ 08225

DATE: __January 28, 2020_

    /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-000930_FXF