# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 15-16670** |
| **Darryl Brodzinski** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **New Residential Mortgage Loan Trust 2015-1** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **February 25, 2020 at 11:00 a.m.** |
| vs | : | |
| | : | **U.S. Bankruptcy Court** |
| **Darryl Brodzinski** | : | **900 Market Street, Courtroom #1** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller, Esq** | : | |
| **Respondents.** | | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT NEW RESIDENTIAL MORTGAGE LOAN TRUST 2015-1 TO FORECLOSE ON 59 BERRYWOOD LANE, DRESHER, PA 19025-9025 (DOCUMENT NO. 68)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on January 28, 2020 at Document No. 68 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 12, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

          /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC

20-000930_FXF

        P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-000930_FXF

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 15-16670** |
| **Darryl Brodzinski** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | : | |
| **New Residential Mortgage Loan Trust 2015-1** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **February 25, 2020 at 11:00 a.m.** |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Darryl Brodzinski** | : | **900 Market Street, Courtroom #1** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller, Esq** | : | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay with 30 day waiver with the Court to permit New Residential Mortgage Loan Trust 2015-1 to foreclose on 59 Berrywood Lane, Dresher, PA 19025-9025 was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105

John L. McClain, Attorney for Darryl Brodzinski, John L. McClain and Associates, P.O. Box 123, Narberth, PA  19072-0123, aaamcclain@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on February  13, 2020:

Darryl Brodzinski, 59 Berrywood Lane, Dresher, PA  19025

Darryl Brodzinski, 59 Berrywood Lane, Dresher, PA 19025-9025

20-000930_FXF

Santander Bank Na, 865 Brook St, Rocky Hill, CT  06067

Whitesands Condominium Association, 450 Titlton Rd, Ste 220, Northfield, NJ  08225

DATE:   February 13, 2020

   /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-000930_FXF