**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | |
| : | Case No.: 15-16670 |
| **Darryl Brodzinski** : | Chapter 13 |
| : | Judge Eric L. Frank |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| **New Residential Mortgage Loan Trust** : | Date and Time of Hearing |
| **2015-1** : | February 25, 2020 at 11:00 a.m. |
| **Movant,** : | |
| vs : | Place of Hearing |
| : | U.S. Bankruptcy Court |
| **Darryl Brodzinski** : | 900 Market Street, Courtroom #1 |
| : | Philadelphia, PA, 19107 |
| **William C. Miller** : | |
| **Respondents.** | Related Document # 68 |

## ORDER OF COURT

AND NOW, to wit, this  19th  day of           March          , 2020, upon consideration of the parties' Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 73), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105 (notified by ecf)

John L. McClain, Attorney for Debtor, John L. McClain and Associates, P.O. Box 123, Narberth, PA 19072-0123 (notified by ecf)

Darryl Brodzinski, Debtor, 59 Berrywood Lane, Dresher, PA 19025-9025 (notified by regular US Mail)

Santander Bank Na, Party of Interest, 865 Brook St, Rocky Hill, CT 06067 (notified by regular US Mail)

Specialized Loan Servi Attn: Bankruptcy, Party of Interest, 8742 Lucent Blvd. Suite 300, Highlands Ranch, CO 80129 (notified by regular US Mail)

Whitesands Condominium Association, Party of Interest, 450 Titlton Rd, Ste 220, Northfield, NJ 08225 (notified by regular US Mail)