United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-16670-elf
Darryl Brodzinski                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2              Date Rcvd: Mar 19, 2020
                              Form ID: pdf900          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
db         +Darryl Brodzinski,   59 Berrywood Lane,   Dresher, PA 19025-2001
NONE       +Jean P Wilford,   728 Norristown Road,   Apt. D121,   Lower Gwynedd, PA 19002-2150
cr         +New Residential Mortgage Loan Trust 2015-1 As Serv,   14841 Dallas Parkway #425,
             Dallas, TX 75254-8067
cr         +New Residential Mortgage Loan Trust 2015-1 C/O Spe,   14841 Dallas Parkway, Suite 425,
             14841 Dallas Parkway, Suite 425,   Dallas, TX 75254-8067
cr         +OCWEN LOAN SERVICING, LLC,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave,
             Suite 100,   Boca Raton, FL 33487-2853
cr         +Ocwen Loan Servicing LLC,   Attn: Bankruptcy Dept,   P.O. Box 24605,
             West Palm Beach, FL 33416-4605
cr         +Township of Abington and Abington School District,   c/o Portnoff Law Associates, Ltd.,
             P.O. Box 3020,   Norristown, PA 19404-3020
cr          Whitesands Condominium Association of Margate City,   c/o Stark & Stark, P.C.,
             993 Lenox Drive, Bldg. 2,   P.O. Box 5315,   Princeton, NJ  08543-5315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Mar 20 2020 03:30:43     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 20 2020 03:30:28
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 20 2020 03:30:41     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          AmeriCredit Financial Services, Inc. dba GM Financ
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Abington and Abington School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JAY E. KIVITZ    on behalf of  Jean P Wilford jkivitz@kivitzandkivitz.com
              JEROME B. BLANK    on behalf of Creditor   Ocwen Loan Servicing LLC paeb@fedphe.com
              JOHN L. LASKEY    on behalf of Creditor    Whitesands Condominium Association of Margate City, Inc.
               jlaskey@stark-stark.com, jgould@stark-stark.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Darryl  Brodzinski aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor Darryl  Brodzinski aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    New Residential Mortgage Loan Trust 2015-1
               amps@manleydeas.com
              MARIO J. HANYON    on behalf of Creditor   Ocwen Loan Servicing LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor   OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              MARTIN A. MOONEY    on behalf of Creditor    New Residential Mortgage Loan Trust 2015-1 servicing
               agent Specialized Loan Servicing LLC lgadomski@schillerknapp.com, kcollins@schillerknapp.com

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2             Date Rcvd: Mar 19, 2020
                              Form ID: pdf900          Total Noticed: 11


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              PETER WILLIAM WAPNER    on behalf of Creditor    Ocwen Loan Servicing LLC
               peter.wapner@phelanhallinan.com
              ROBERT J. DAVIDOW    on behalf of Creditor    PHH MORTGAGE CORPORATION
               robert.davidow@phelanhallinan.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ocwen Loan Servicing LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 19
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 15-16670** |
| **Darryl Brodzinski** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| **New Residential Mortgage Loan Trust** : | **Date and Time of Hearing** |
| **2015-1** : | **February 25, 2020 at 11:00 a.m.** |
| **Movant,** : | |
| **vs** : | **Place of Hearing** |
| : | **U.S. Bankruptcy Court** |
| **Darryl Brodzinski** : | **900 Market Street, Courtroom #1** |
| : | **Philadelphia, PA, 19107** |
| **William C. Miller** : | |
| **Respondents.** | **Related Document #  68** |

## ORDER OF COURT

AND NOW, to wit, this  19th  day of                March               , 2020, upon consideration of the parties' Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 73), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105 (notified by ecf)

John L. McClain, Attorney for Debtor, John L. McClain and Associates, P.O. Box 123, Narberth, PA 19072-0123 (notified by ecf)

Darryl Brodzinski, Debtor, 59 Berrywood Lane, Dresher, PA 19025-9025 (notified by regular US Mail)

Santander Bank Na, Party of Interest, 865 Brook St, Rocky Hill, CT 06067 (notified by regular US Mail)

Specialized Loan Servi Attn: Bankruptcy, Party of Interest, 8742 Lucent Blvd. Suite 300, Highlands Ranch, CO 80129 (notified by regular US Mail)

Whitesands Condominium Association, Party of Interest, 450 Titlton Rd, Ste 220, Northfield, NJ 08225 (notified by regular US Mail)