## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 15-16670 |
| **Darryl Brodzinski** | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | Date and Time of Hearing |
| | : | December 8, 2020 at 09:30 a.m. |
| Movant, | : | |
| vs | : | Place of Hearing |
| | : | U.S. Bankruptcy Court |
| **Darryl Brodzinski** | : | 900 Market Street, Courtroom #1 |
| | : | Philadelphia, PA, 19107 |
| **William C. Miller, Esq.** | : | |
| Respondents. | | Related Document # 78 |

## ORDER OF COURT

AND NOW, to wit, this  22nd  day of       January      , 2021, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 84), it is hereby that the Stipulation is **APPROVED**.

---

ERIC L. FRANK, JUDGE
UNITED STATES BANKRUPTCY COURT