United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Darryl Brodzinski  
    Debtor

Case No. 15-16670-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 22, 2021      Form ID: pdf900      Total Noticed: 12

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darryl Brodzinski, 59 Berrywood Lane, Dresher, PA 19025-2001 |
| NONE | + | Jean P Wilford, 728 Norristown Road, Apt. D121, Lower Gwynedd, PA 19002-2150 |
| cr | + | New Residential Mortgage Loan Trust 2015-1 As Serv, 14841 Dallas Parkway #425, Dallas, TX 75254-8067 |
| cr | + | New Residential Mortgage Loan Trust 2015-1 C/O Spe, 14841 Dallas Parkway, Suite 425, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | New Residential Mortgage Loan Trust 2015-1 c/o Spe, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | OCWEN LOAN SERVICING, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Ocwen Loan Servicing LLC, Attn: Bankruptcy Dept, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| cr | + | Township of Abington and Abington School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | | Whitesands Condominium Association of Margate City, c/o Stark & Stark, P.C., 993 Lenox Drive, Bldg. 2, P.O. Box 5315, Princeton, NJ 08543-5315 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 23 2021 03:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 23 2021 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 23 2021 03:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriCredit Financial Services, Inc. dba GM Financ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

Case 15-16670-elf    Doc 86    Filed 01/24/21    Entered 01/25/21 00:46:58    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2021 | Form ID: pdf900 | Total Noticed: 12 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2021                         Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Ocwen Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Abington and Abington School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JAY E. KIVITZ | on behalf of Jean P Wilford jkivitz@kivitzandkivitz.com |
| JEROME B. BLANK | on behalf of Creditor Ocwen Loan Servicing LLC paeb@fedphe.com |
| JOHN L. LASKEY | on behalf of Creditor Whitesands Condominium Association of Margate City  Inc. jlaskey@stark-stark.com, jgould@stark-stark.com |
| JOHN L. MCCLAIN | on behalf of Plaintiff Darryl Brodzinski aaamcclain@aol.com  edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Debtor Darryl Brodzinski aaamcclain@aol.com  edpabankcourt@aol.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor JPMorgan Chase Bank  National Association Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KARINA VELTER | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| KARINA VELTER | on behalf of Creditor New Residential Mortgage Loan Trust 2015-1 amps@manleydeas.com |
| MARIO J. HANYON | on behalf of Creditor Ocwen Loan Servicing LLC wbecf@brockandscott.com  wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Ocwen Loan Servicing  LLC wbecf@brockandscott.com, wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor OCWEN LOAN SERVICING  LLC wbecf@brockandscott.com, wbecf@brockandscott.com |
| MARTIN A. MOONEY | on behalf of Creditor New Residential Mortgage Loan Trust 2015-1 servicing agent Specialized Loan Servicing LLC lgadomski@schillerknapp.com  kcollins@schillerknapp.com |
| PETER WILLIAM WAPNER | on behalf of Creditor Ocwen Loan Servicing LLC peter.wapner@phelanhallinan.com |
| ROBERT J. DAVIDOW | on behalf of Creditor PHH MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |
| THOMAS I. PULEO | on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Ocwen Loan Servicing LLC paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 22, 2021 | Form ID: pdf900 | Total Noticed: 12 |

WILLIAM C. MILLER, Esq.
                ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 22

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 15-16670** |
| **Darryl Brodzinski** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | *** * * * * * * * * * * * * * * * * *** |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | **December 8, 2020 at 09:30 a.m.** |
| **Movant,** : | |
| **vs** : | **Place of Hearing** |
| : | **U.S. Bankruptcy Court** |
| **Darryl Brodzinski** : | **900 Market Street, Courtroom #1** |
| : | **Philadelphia, PA, 19107** |
| **William C. Miller, Esq.** : | |
| **Respondents.** | **Related Document # 78** |

## ORDER OF COURT

AND NOW, to wit, this  22nd  day of  January , 2021, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. # 84), it is hereby that the Stipulation is **APPROVED**.

ERIC L. FRANK, JUDGE
UNITED STATES BANKRUPTCY COURT