United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Darryl Brodzinski  
    Debtor

Case No. 15-16670-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Feb 17, 2021     Form ID: 138NEW     Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darryl Brodzinski, 59 Berrywood Lane, Dresher, PA 19025-2001 |
| NONE | + | Jean P Wilford, 728 Norristown Road, Apt. D121, Lower Gwynedd, PA 19002-2150 |
| cr | + | New Residential Mortgage Loan Trust 2015-1 As Serv, 14841 Dallas Parkway #425, Dallas, TX 75254-8067 |
| cr | + | New Residential Mortgage Loan Trust 2015-1 C/O Spe, 14841 Dallas Parkway, Suite 425, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | New Residential Mortgage Loan Trust 2015-1 c/o Spe, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | OCWEN LOAN SERVICING, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Township of Abington and Abington School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | | Whitesands Condominium Association of Margate City, c/o Stark & Stark, P.C., 993 Lenox Drive, Bldg. 2, P.O. Box 5315, Princeton, NJ 08543-5315 |
| 13618164 | + | Abington School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13598557 | + | Abington Township, 1176 Old York Road, Abington, PA 19001-3797 |
| 13598558 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 13598563 | + | Francena Cedeno-Thomas, 2035 Harmony Lane, Glenside, PA 19038-5425 |
| 13598565 | + | Jay Kivitz, Esquire, 7901 OGONTZ AVENUE, PHILADELPHIA, PA 19150-1409 |
| 13633018 | + | Jean P. Wilford, 728 Norristown Road, Apt. D121, Lower Gwynned, PA 19002-2150 |
| 13598566 | + | Jean Wilford, 728 Norristown Road, Lower Gwynedd, PA 19002-2125 |
| 13598567 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13598568 | + | MCDOWELL, RANDAL J, 221 NOBLE PLAZA, 801 OLD YORK ROAD, JENKINTOWN, PA 19046-1611 |
| 13598570 | | MONTGOMERY COUNTY TAX CLAIM BUREAU, ATT: ED WILKES, COURTHOUSE, NORRISTOWN, PA 19404 |
| 13598569 | + | Montgomery Co Drs, 1 Montgomery Plz, Norristown, PA 19401-4853 |
| 13610229 | + | Montgomery County Tax Claim Bureau, c/o Northeast Revenue Service, LLC, One Montgomery Plaza, Suite 610, Norristown, PA 19401-4855 |
| 14449824 | | New Residential Mortgage Loan Trust 2015-1, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 13614221 | + | New Residential Mortgage Loan Trust 2015-1, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| 13701936 | | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach, FL 33416-4605 |
| 14312303 | + | PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, 1MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL, NJ 08054-4637 |
| 13598572 | | Portnoff Law Associates, 1000 Sandy Hill Road, Ste 150, Norristown, PA 19401 |
| 13598574 | + | SEMISCH, SCOT W, Esquire, PO BOX 306, WILLOW GROVE, PA 19090-0306 |
| 13598573 | + | Santander Bank Na, 865 Brook St, Rocky Hill, CT 06067-3444 |
| 13638757 | + | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 13598575 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14450347 | | Specialized Loan Servicing, LLC, c/o Karina Velter, Esquire, P.O. Box 165028, Columbus, OH 43216-5028 |
| 13598576 | | Stark & Stark, 993 Lenox Dr., BLDG. 2, Lawernceville, NJ 08648-2389 |
| 13618165 | + | Township of Abington, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14559404 | | Wells Fargo Bank, N.A., c/o Karina Velter, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 13609743 | | Wells Fargo Dealer Services, PO Box 17900, Denver, CO 80217-0900 |
| 13598577 | + | Wfs Financial/Wachovia Dealer Srvs, PO Box 3569, Rancho Cucamonga, CA 91729-3569 |
| 13598578 | + | Whitesands Condominium Association, 450 Titlton Rd, Ste 220, Northfield, NJ 08225-1260 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: 138NEW | Total Noticed: 48 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 18 2021 04:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2021 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 18 2021 04:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13603866 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 18 2021 04:01:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13598559 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 18 2021 03:47:20 | Capital 1 Bank, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13628880 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 18 2021 03:42:44 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13598564 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 18 2021 04:01:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 13598560 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 18 2021 07:04:33 | Chase - Cc, Chase Card Svcs/Attn:Bankruptcy Dept, PO Box 15298, Wilmington, DE 19850 |
| 13598561 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 18 2021 07:04:38 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 13630658 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 18 2021 07:04:38 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, OH4-7142, Columbus, OH 43219 |
| 13605885 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2021 03:38:20 | PYOD, LLC its successors and assigns as assignee, of Springleaf Financial Services Of, Indiana, Inc., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 13598571 | + Email/Text: nod.referrals@fedphe.com | Feb 18 2021 04:01:00 | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriCredit Financial Services, Inc. dba GM Financ |
| cr | *+ | Ocwen Loan Servicing LLC, Attn: Bankruptcy Dept, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 13631659 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13598562 | *+ | Darryl Brodzinski, 59 Berrywood Lane, Dresher, PA 19025-2001 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Feb 17, 2021 | Form ID: 138NEW | Total Noticed: 48 |
| Date: Feb 19, 2021 | Signature:   /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

**Name**            **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com  wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor Ocwen Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JAMES RANDOLPH WOOD
on behalf of Creditor Township of Abington and Abington School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JAY E. KIVITZ
on behalf of Jean P Wilford jkivitz@kivitzandkivitz.com

JEROME B. BLANK
on behalf of Creditor Ocwen Loan Servicing LLC paeb@fedphe.com

JOHN L. LASKEY
on behalf of Creditor Whitesands Condominium Association of Margate City  Inc. jlaskey@stark-stark.com, jgould@stark-stark.com

JOHN L. MCCLAIN
on behalf of Plaintiff Darryl Brodzinski aaamcclain@aol.com  edpabankcourt@aol.com

JOHN L. MCCLAIN
on behalf of Debtor Darryl Brodzinski aaamcclain@aol.com  edpabankcourt@aol.com

JOSHUA I. GOLDMAN
on behalf of Creditor JPMorgan Chase Bank  National Association Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

KARINA VELTER
on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

KARINA VELTER
on behalf of Creditor New Residential Mortgage Loan Trust 2015-1 amps@manleydeas.com

MARIO J. HANYON
on behalf of Creditor Ocwen Loan Servicing LLC wbecf@brockandscott.com  wbecf@brockandscott.com

MARIO J. HANYON
on behalf of Creditor Ocwen Loan Servicing  LLC wbecf@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON
on behalf of Creditor OCWEN LOAN SERVICING  LLC wbecf@brockandscott.com, wbecf@brockandscott.com

MARTIN A. MOONEY
on behalf of Creditor New Residential Mortgage Loan Trust 2015-1 servicing agent Specialized Loan Servicing LLC lgadomski@schillerknapp.com  kcollins@schillerknapp.com

PETER WILLIAM WAPNER
on behalf of Creditor Ocwen Loan Servicing LLC peter.wapner@phelanhallinan.com

ROBERT J. DAVIDOW
on behalf of Creditor PHH MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

THOMAS I. PULEO
on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor Ocwen Loan Servicing LLC paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 22

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Darryl Brodzinski
       Debtor(s)                                        Bankruptcy No: 15−16670−elf
                                                          Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                        Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                              For The Court
                                                  Timothy B. McGrath
                                                    Clerk of Court

Dated: 2/17/21

                                                                                          88 − 87
                                                                                 Form 138_new