United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 15-16670-elf

Darryl Brodzinski                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darryl Brodzinski, 59 Berrywood Lane, Dresher, PA 19025-2001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Ocwen Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Abington and Abington School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JAY E. KIVITZ | on behalf of Jean P Wilford jkivitz@kivitzandkivitz.com |
| JEROME B. BLANK | on behalf of Creditor Ocwen Loan Servicing LLC paeb@fedphe.com |
| JOHN L. LASKEY | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: 212 | Total Noticed: 1 |

on behalf of Creditor Whitesands Condominium Association of Margate City  Inc. jlaskey@stark-stark.com, jgould@stark-stark.com

JOHN L. MCCLAIN

on behalf of Plaintiff Darryl Brodzinski aaamcclain@aol.com  edpabankcourt@aol.com

JOHN L. MCCLAIN

on behalf of Debtor Darryl Brodzinski aaamcclain@aol.com  edpabankcourt@aol.com

JOSHUA I. GOLDMAN

on behalf of Creditor JPMorgan Chase Bank  National Association Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

KARINA VELTER

on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

KARINA VELTER

on behalf of Creditor New Residential Mortgage Loan Trust 2015-1 amps@manleydeas.com

MARIO J. HANYON

on behalf of Creditor Ocwen Loan Servicing  LLC wbecf@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON

on behalf of Creditor OCWEN LOAN SERVICING  LLC wbecf@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON

on behalf of Creditor Ocwen Loan Servicing LLC wbecf@brockandscott.com  wbecf@brockandscott.com

MARTIN A. MOONEY

on behalf of Creditor New Residential Mortgage Loan Trust 2015-1 servicing agent Specialized Loan Servicing LLC lgadomski@schillerknapp.com  kcollins@schillerknapp.com

PETER WILLIAM WAPNER

on behalf of Creditor Ocwen Loan Servicing LLC peter.wapner@phelanhallinan.com

ROBERT J. DAVIDOW

on behalf of Creditor PHH MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

THOMAS I. PULEO

on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG

on behalf of Creditor Ocwen Loan Servicing LLC paeb@fedphe.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com


TOTAL: 22

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                           Chapter: 13

      Darryl Brodzinski

Debtor(s)                                                        Case No: 15−16670−elf

_____

### *ORDER*

     AND NOW, 2/17/21 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

     Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

     And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

     Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

       ☐ A statement regarding completion of an instructional course concerning
personal financial management, (Official Form B423) or a request for a waiver
from such requirement.

       ☑ A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

     If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

                             For The Court

                             Eric L. Frank

                             Judge ,United States Bankruptcy
Court