# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Darryl Brodzinski** | : | Case No.: 15-16670 |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Eric L. Frank** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **New Residential Mortgage Loan Trust 2015-1** ("Creditor").

**Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

20-000930_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 15-16670** |
| **Darryl Brodzinski** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ |
| | : | |
| **New Residential Mortgage Loan Trust 2015-1** | : | **Related Document #** |
| | : | |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Darryl Brodzinski** | : | |
| | : | |
| **William C. Miller, Esq.** | : | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

John L. McClain, Attorney for Darryl Brodzinski, John L. McClain and Associates, Temporary Covid-19 address, 1851 CR 27, Owls Head, NY  12969, aaamcclain@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Darryl Brodzinski, 59 Berrywood Lane, Dresher, PA  19025

Darryl Brodzinski, 59 Berrywood Lane, Dresher, PA  19025-9025

Santander Bank Na, 865 Brook St, Rocky Hill, CT  06067

Specialized Loan Servi Attn: Bankruptcy, 8742 Lucent Blvd. Suite 300, Highlands Ranch, CO  80129

20-000930_PS

Whitesands Condominium Association, 450 Titlton Rd, Ste 220, Northfield, NJ  08225

DATE: <u>March 6, 2021</u>

<u>/s/ Sarah E. Barngrover</u>
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

20-000930_PS