United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 15-16670-elf
Darryl Brodzinski  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Mar 12, 2021     Form ID: 3180W     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darryl Brodzinski, 59 Berrywood Lane, Dresher, PA 19025-2001 |
| 13618164 | + | Abington School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13598567 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13610229 | + | Montgomery County Tax Claim Bureau, c/o Northeast Revenue Service, LLC, One Montgomery Plaza, Suite 610, Norristown, PA 19401-4855 |
| 13614221 | + | New Residential Mortgage Loan Trust 2015-1, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| 14312303 | + | PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, 1MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL, NJ 08054-4637 |
| 13638757 | + | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 13618165 | + | Township of Abington, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 13 2021 03:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Mar 13 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2021 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 13 2021 03:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13603866 | + | EDI: PHINAMERI.COM | Mar 13 2021 04:28:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13628880 | | EDI: CAPITALONE.COM | Mar 13 2021 04:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13630658 | | EDI: JPMORGANCHASE | Mar 13 2021 04:23:00 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, OH4-7142, Columbus, OH 43219 |
| 13605885 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2021 03:46:21 | PYOD, LLC its successors and assigns as assignee, of Springleaf Financial Services Of, Indiana, Inc., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 13609743 | | EDI: WFFC.COM | Mar 13 2021 04:28:00 | Wells Fargo Dealer Services, PO Box 17900, Denver, CO 80217-0900 |

TOTAL: 9

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 12, 2021 | Form ID: 3180W | Total Noticed: 16 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Ocwen Loan Servicing LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Abington and Abington School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JAY E. KIVITZ | on behalf of Jean P Wilford jkivitz@kivitzandkivitz.com |
| JEROME B. BLANK | on behalf of Creditor Ocwen Loan Servicing LLC paeb@fedphe.com |
| JOHN L. LASKEY | on behalf of Creditor Whitesands Condominium Association of Margate City Inc. jlaskey@stark-stark.com, jgould@stark-stark.com |
| JOHN L. MCCLAIN | on behalf of Plaintiff Darryl Brodzinski aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Debtor Darryl Brodzinski aaamcclain@aol.com edpabankcourt@aol.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor JPMorgan Chase Bank National Association Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KARINA VELTER | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| MARIO J. HANYON | on behalf of Creditor Ocwen Loan Servicing LLC wbecf@brockandscott.com wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Ocwen Loan Servicing LLC wbecf@brockandscott.com, wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor OCWEN LOAN SERVICING LLC wbecf@brockandscott.com, wbecf@brockandscott.com |
| MARTIN A. MOONEY | on behalf of Creditor New Residential Mortgage Loan Trust 2015-1 servicing agent Specialized Loan Servicing LLC lgadomski@schillerknapp.com kcollins@schillerknapp.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 12, 2021 | Form ID: 3180W | Total Noticed: 16 |

PETER WILLIAM WAPNER
    on behalf of Creditor Ocwen Loan Servicing LLC peter.wapner@phelanhallinan.com

ROBERT J. DAVIDOW
    on behalf of Creditor PHH MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor New Residential Mortgage Loan Trust 2015-1 amps@manleydeas.com

THOMAS I. PULEO
    on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Ocwen Loan Servicing LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 22

| Information to identify the case: | |
|---|---|
| Debtor 1 **Darryl Brodzinski**<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–8827<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)   First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | |
| Case number:   15–16670–elf | |

## Order of Discharge            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Darryl Brodzinski

3/11/21                                    **By the court:** Eric L. Frank
                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**