United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-16670-elf |
| Darryl Brodzinski | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 22, 2021 | Form ID: 195 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darryl Brodzinski, 59 Berrywood Lane, Dresher, PA 19025-2001 |
| cr | + | New Residential Mortgage Loan Trust 2015-1 As Serv, 14841 Dallas Parkway #425, Dallas, TX 75254-8067 |
| cr | + | New Residential Mortgage Loan Trust 2015-1 C/O Spe, 14841 Dallas Parkway, Suite 425, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | New Residential Mortgage Loan Trust 2015-1 c/o Spe, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | OCWEN LOAN SERVICING, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Ocwen Loan Servicing LLC, Attn: Bankruptcy Dept, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| cr | + | Township of Abington and Abington School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | | Whitesands Condominium Association of Margate City, c/o Stark & Stark, P.C., 993 Lenox Drive, Bldg. 2, P.O. Box 5315, Princeton, NJ 08543-5315 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriCredit Financial Services, Inc. dba GM Financ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:

**Name                Email Address**

ANDREW L. SPIVACK
              on behalf of Creditor PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Case 15-16670-elf    Doc 97    Filed 03/24/21    Entered 03/25/21 00:50:50    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: 195 | Total Noticed: 8 |

ANDREW L. SPIVACK
    on behalf of Creditor Ocwen Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Township of Abington and Abington School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JAY E. KIVITZ
    on behalf of Jean P Wilford jkivitz@kivitzandkivitz.com

JEROME B. BLANK
    on behalf of Creditor Ocwen Loan Servicing LLC paeb@fedphe.com

JOHN L. LASKEY
    on behalf of Creditor Whitesands Condominium Association of Margate City  Inc. jlaskey@stark-stark.com, jgould@stark-stark.com

JOHN L. MCCLAIN
    on behalf of Plaintiff Darryl Brodzinski aaamcclain@aol.com  edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Debtor Darryl Brodzinski aaamcclain@aol.com  edpabankcourt@aol.com

JOSHUA I. GOLDMAN
    on behalf of Creditor JPMorgan Chase Bank  National Association Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

KARINA VELTER
    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

MARIO J. HANYON
    on behalf of Creditor Ocwen Loan Servicing LLC wbecf@brockandscott.com  wbecf@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Ocwen Loan Servicing  LLC wbecf@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor OCWEN LOAN SERVICING  LLC wbecf@brockandscott.com, wbecf@brockandscott.com

MARTIN A. MOONEY
    on behalf of Creditor New Residential Mortgage Loan Trust 2015-1 servicing agent Specialized Loan Servicing LLC lgadomski@schillerknapp.com  kcollins@schillerknapp.com

PETER WILLIAM WAPNER
    on behalf of Creditor Ocwen Loan Servicing LLC peter.wapner@phelanhallinan.com

ROBERT J. DAVIDOW
    on behalf of Creditor PHH MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor New Residential Mortgage Loan Trust 2015-1 amps@manleydeas.com

THOMAS I. PULEO
    on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Ocwen Loan Servicing LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 22

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Darryl Brodzinski                                           : Case No. 15−16670−elf
      Debtor(s)

### ORDER
_____

AND NOW, this day , March 22, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court